MEMORANDUM ENDORSEMENT

Edwards v. Arocho,
19 CV 1362 (VB)

  In the attached notice of motion dated December 19, 2020, plaintiff, proceeding pro se and in forma pauperis, requests the Court appoint him pro bono counsel.  (Doc. #85).

  Plaintiff's request is DENIED WITHOUT PREJUDICE.

  The Court has considered the type and complexity of this case, the merits of plaintiff's claims, and plaintiff's ability to present the case.  The Court does not find any exceptional circumstances in plaintiff's case that would warrant the appointment of counsel at this time.  See 28 U.S.C. § 1915(e)(1); Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989).

  Chambers will mail a copy of this Order to plaintiff at the address on the docket.

  The Clerk is directed to terminate the motion.  (Doc. #85).

  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Dated: December 30, 2020
  White Plains, NY    SO ORDERED:

               _____
               Vincent L. Briccetti
               United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

CLINT EDWARDS,
    Plaintiff

-against-

C.O. AROCHO,
    Defendant.
-----------------------------------x

NOTICE OF MOTION REQUESTING TO RECIEVE PRO BONO ATTORENY

Claim # 19-CV-1362(VB)(JCM)

RECEIVED DEC 2 8 2020

    I plaintiff, Clint Edwards puts this motion into the courts request the court appoints me a Attorney for the matter above. Below I will state the reason why I should be grant this motion. The reasons are as follow:

    ①. I need a attoreny to help me better my defense because the jail I'm at is not giving me the proper resoure to law library to look up matters for mey case,

    ②. I need a attorney to help me look over my video edvince in private. When I was able to look over the video edvince I had a correctional employee looking over my shoulder the whole time, and was asking me questions about my case. I feel that the correctional employees will go back to the defendants Attorney and tell thum my strage of how I will fight my case now that I know that the defendants Attorney has close contacts with the correctional employees due to the fact that both employees are from Westchester county, And

    ③. I need a attorney because the stage I'm at in my case I'm not that knowledgeable of the civil matter law, and the attorney would help me better understand the law.

    I hope the court grants this motion After going over it. I will be waiting for the Answer to this motion.

DATED: December 19, 2020        Respectfully Submitted,

                                            *Clint Edwards*
                                            Clint Edwards
                                            DIN#19A1720
                                            Sing Sing C.F.
                                            354 Hunter St.
                                            Ossining, NY 10562