UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CLINT L. EDWARDS,                                 :
                 Plaintiff,           :            **ORDER**
                                         :
v.                                                :            19 CV 1362 (VB)
                                         :
C.O. AROCHO,                                      :
                 Defendant.           :
--------------------------------------------------------------x

As discussed at an on-the-record conference held on April 21, 2021, and attended by plaintiff, who is proceeding pro se and in forma pauperis, and counsel for defendant, it is

HEREBY ORDERED:

1. Defendant's motion for summary judgment is due June 4, 2021.

2. Plaintiff's opposition to defendant's motion for summary judgment is due July 7, 2021.

3. Defendant's reply in support of its motion for summary judgment is due July 20, 2021.

Chambers will mail a copy of this Order to plaintiff to the address on the docket.

The Clerk is instructed to terminate the motion.  (Doc. #111).

Dated: April 21, 2021
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge