UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CLINT EDWARDS,
          Plaintiff,

v.

WESTCHESTER COUNTY; DEPARTMENT
OF CORRECTION; ASSISTANT WARDEN
ERIC MIDDLETOWN; CORRECTION CAPT.
ROBERTS; CAPTAIN VAN LIEROP; C.O.
AROCHO; C.O. SERGEANT GRANT; and C.O.
SERGEANT LOPEZ,
          Defendants.
--------------------------------------------------------------x

**ORDER FOR PRO BONO COUNSEL**

19 CV 1362 (VB)

    On February 26, 2025, the Court granted plaintiff's request for pro bono counsel and scheduled the next case management conference for May 14, 2025. (Doc. #142). However, the Court stated the conference would be adjourned if pro bono counsel had not filed an appearance. (Id. at 4). As of May 7, 2025, pro bono counsel has not appeared.

    Accordingly, it is HEREBY ORDERED:

    1. The case management conference scheduled for May 14, 2025, is ADJOURNED to **June 17, 2025, at 9:30 a.m.**

    2. If pro bono counsel has filed an appearance by June 16, 2025, all counsel shall attend the conference in person at the White Plains Courthouse, Courtroom 620.

    3. To avoid further delay, if pro bono counsel has not filed an appearance in this case, plaintiff must attend the conference, which will proceed by telephone:

        Dial-in: (914) 292-4033

        Code: 476 695 25#

    Chambers will mail and email a copy of this Order to plaintiff at the address on the docket.

Dated: May 7, 2025
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge