UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLINT EDWARDS,<br><br>        Plaintiff,<br><br>     v.<br><br>WESTCHESTER COUNTY; DEPARTMENT OF CORRECTION; ASSISTANT WARDEN ERIC MIDDLETOWN; CORRECTION CAPT. ROBERTS; CAPTAIN VAN LIEROP; C.O. AROCHO; C.O. SERGEANT GRANT; and C.O. SERGEANT LOPEZ,<br><br>        Defendants. | 19 CV 1362 (VB)<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

  Please take notice that Robert Y. Sperling of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters his appearance as counsel in the above-captioned action for Plaintiff Clint Edwards and requests that all future correspondence and papers be served upon the undersigned.

Dated: June 6, 2025          Respectfully submitted,

                  /s/ Robert Y. Sperling

                  Robert Y. Sperling
                  PAUL, WEISS, RIFKIND,
                  WHARTON & GARRISON LLP
                  1285 Avenue of the Americas
                  New York, NY 10019-6064
                  Telephone: (212) 373-3000
                  Facsimile: (212) 757-3990
                  rsperling@paulweiss.com

                  *Counsel for Plaintiff Clint Edwards*