**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLINT L. EDWARDS,

                                 Plaintiff,                      **RESCHEDULING ORDER**

      -against-                                                19 Civ. 1362 (JCM)

WESTCHESTER COUNTY, *et al.*,

                                Defendants.
------------------------------------------------------------X

TO ALL PARTIES:

      The Status Conference scheduled for October 8, 2025 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy has been rescheduled to October 16, 2025 at 10:30 a.m. in Courtroom 421.

Dated: August 14, 2025
           White Plains, New York

                                                      **SO ORDERED:**

                                                      JUDITH C. McCARTHY
                                                      United States Magistrate Judge